No. 03–10426. CAMPBELL v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 03–10431. SUDDUTH, AKA MUHAMMAD v. OHIO STATE UNIVERSITY ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–10433. OWEN v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 03–10435. MURRAY v. VALADEZ, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–10436. McDANIEL v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 03–10437. BROWNING v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–10439. RODRIGUEZ v. WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 03–10440. STEFFLER v. COW CREEK BAND OF UMPQUA TRIBE OF INDIANS ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–10441. RIVERA v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–10443. CLEMMONS v. KANSAS. Ct. App. Kan. Certiorari denied.

No. 03–10445. CHAPMAN v. PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–10447. SONNIER v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–10448. MAXWELL v. FOUNTAIN, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 03–10450. MATHEWS v. SPALDING ET AL. C. A. 9th Cir. Certiorari denied.